[Nos. 19953–6–I; 19954–4–I.   Division One.   April 18, 1988.]

*In the Matter of the Welfare of* M.S., ET AL.

LAURIE JULIE ST. CLAIR, *Appellant,* v. SEATTLE INDIAN
CENTER, *Respondent.*

Appeals from a judgment of the Superior Court for King

County, No. 83–7–00871–7, Susan R. Agid, J., entered January 27, 1987. *Affirmed* by unpublished opinion per Pekelis, J., concurred in by Coleman, A.C.J., and Grosse, J.